# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VICTOR SZANTO, *et al.*, | ) | 3:17-cv-00153-MMD-WGC |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| PETER SZANTO, | ) | |
| Defendant. | ) | |

Before the court is Defendant's Motion of Pro Se Litigant Requesting ECF Filing and Electronic Notification Privilege (ECF No. 3).

Plaintiff requests permission to file, receive, and serve documents electronically in this case. The court will grant Plaintiff's request under LR IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file documents in the court's electronic filing system." LR IC 1-1(b).

**IT IS HEREBY ORDERED** that Defendant's Motion of Pro Se Litigant Requesting ECF Filing and Electronic Notification Privilege (ECF No. 3) is **GRANTED**.

DATED: March 14, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE